UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DANIEL BISHUN,

                          Plaintiff,

      -against-

B&B AMBULETTE CORP., K&M AMBULETTE
CORP., INC. AND KENNETH J. MILO, in his
individual capacity,

                       Defendants.
----------------------------------------------------------------x

Case No. 15-CV-9962 (NSR)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Daniel Bishun ("Plaintiff") and Defendants K&M Ambulette Corp., Inc. and/or any other entities affiliated with or controlled by K&M Ambulette Corp., Inc., and Kenneth J. Milo, individually (referred to hereinafter as "Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and New York Labor Law, and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff. Except as provided for herein, no attorneys' fees or costs will be awarded to any party by the Court. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court.

Dated: May 3____, 2016                      By:   /s/ Nathaniel K. Charny
                                                                 Nathaniel K. Charny
                                                                 Charny & Associates
                                                                 9 West Market Street
                                                                 Rhinebeck, NY 12572
                                                                 *Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2016

Dated: May 3, 2016          By:    /s/ Michael A. Jakowsky
                                   Michael A. Jakowsky
                                   Jackson Lewis, P.C.
                                   44 South Broadway, 14th Floor
                                   White Plains, New York 10601
                                   *Attorneys for Defendants*

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 10 day of May, 2016.

_____
Hon. Nelson Stephen Roman
United States District Judge

4813-1434-9104, v. 2